AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JULIA SOUKUP FRENCH,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: **3:11-cv-00882-RCJ-VPC**

STATE OF NEVADA, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint (Dkt. No. 6) is DISMISSED for lack of subject matter jurisdiction.


  January 26, 2012                              **LANCE S. WILSON**
                                                    Clerk

                                                    /s/ Katie Lynn Ogden
                                                       Deputy Clerk